UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BENNETT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PROP. 47 PUBLIC DEFENDERS DEPARTMENT, et al.,<br><br>　　　　Defendants. | Case No. 19-08166 BLF (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a county inmate proceeding *pro se,* filed a civil rights action pursuant to 42 U.S.C. § 1983. Dkt. No. 1. On June 10, 2020, the Court dismissed the complaint with leave to amend to correct various deficiencies. Dkt. No. 7. Plaintiff was directed to file an amended complaint within twenty-eight days from the date the order was filed and advised that failure to respond would result in the dismissal of the action without prejudice and without further notice to Plaintiff. *Id.* at 6. The deadline, July 8, 2020, has passed, and Plaintiff has failed to file an amended complaint in the time provided. Accordingly, this action is **DISMISSED** without prejudice for failure to file an amended complaint. The Clerk shall terminate all pending motions and close the file.

　　**IT IS SO ORDERED.**

Dated: ___**July 24, 2020**_____　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.19\08166Bennett_dism-compl