UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BENNETT,<br><br>  Plaintiff,<br><br> v.<br><br>PROP. 47 PUBLIC DEFENDERS DEPARTMENT, et al.,<br><br>  Defendants. | Case No. 19-08166 BLF (PR)<br><br>**JUDGMENT** |

The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to file an amended complaint. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: ___July 24, 2020___

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\CR.19\08166Bennett_judgment