UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BENNETT,<br><br>        Plaintiff,<br><br>    v.<br><br>PROP. 47 PUBLIC DEFENDER, et al.,<br><br>        Defendants. | Case No. 19-08166 BLF (PR)<br><br>**ORDER STAYING MATTER PENDING APPOINTMENT OF COUNSEL FOR LIMITED PURPOSE** |

Plaintiff, a California inmate, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983, seeking money damages for unlawful confinement. Dkt. No. 1. The Court referred this matter to the Federal Pro Se Program to find counsel for the limited purpose of conducting a competency hearing. Dkt. No. 16. Accordingly, this matter is hereby STAYED pending appointment of counsel.

**IT IS SO ORDERED**

Dated: __January 7, 2021_____

*[signature]*
BETH LABSON FREEMAN
United States District Judge