UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BENNETT,<br><br>    Plaintiff,<br><br>v.<br><br>PROP. 47 PUBLIC DEFENDER, et al.,<br><br>    Defendants. | Case No. 19-08166 BLF (PR)<br><br>**JUDGMENT** |

    The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to file an amended complaint. A judgment of dismissal without prejudice is entered.

    The Clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: __April 16, 2021_____

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\CR.19\08166Bennett_judgment